THE STATE, DEFENDANT IN ERROR, v. RUDOLPH F. HARNED, PLAINTIFF IN ERROR.

Argued February 21, 1905—Decided June 12, 1905.

On error to Burlington Quarter Sessions.

Before GUMMERE, CHIEF JUSTICE, and Justices FORT and GARRETSON.

For the plaintiff in error, *Sherrerd Depue* and *Samuel Kalisch,* and *Samuel Pennington Rotan* (of the Pennsylvania bar).

For the defendant in error, *Samuel A. Atkinson, Theodore Backes* and *Robert H. McCarter,* attorney-general.

The opinion of the court was delivered by

FORT, J. This case is determined by the opinion in the case of State *v.* Davis, decided at this present term. The only difference in the two cases is that the defendant in this case shot at a pigeon as a target and missed it. He intended to hit it. He did not. Such shooting, under the statute, is a misdemeanor.

The judgment is affirmed.